170 A.3d 309

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. T.C.R., SR., DEFEN-
DANT–PETITIONER, AND L.R.P., DEFENDANT. IN THE
MATTER OF THE GUARDIANSHIP OF T.H.P. AND A.R.R.–P.,
MINORS–RESPONDENTS.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1374/1376–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 309

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TAQUALON FINCH, DEFENDANT–PETITIONER.

June 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003939–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.